UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAYOMASHELL DAVID AGUILAR,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN BAKER, et al.,<br><br>    Respondents. | Case No. 3:12-cv-00315-MMD-VPC<br><br>ORDER |

Petitioner having filed a motion to reopen, and good cause appearing, it is therefore ordered that petitioner's motion to reopen case (dkt. no. 52) is granted. This action is reinstated.

It is further ordered that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the second amended petition (dkt. no. 28). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED THIS 3rd day of February 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE